STATE OF CONNECTICUT *v.* ROBERT M. GRANT

The defendant's petition for certification for appeal from the Appellate Court is dismissed.

*Robert M. Grant*, pro se, in support of the petition.

*Carolyn K. Longstreth*, assistant state's attorney, in opposition.

Decided October 21, 1999